No. 173. Stanley Securities Co. v. United States. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Thacher, Assistant Attorney*

*General Rugg* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

